UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
THE UNITED STATES OF AMERICA          HON. RONALD L. ELLIS

    -against-                      NOTICE OF
                                     APPEARANCE
MARK BRENNER,
CECIL SWAIN,                          08 MAG 0463
TEMEKA RACHELLE LEWIS, and
TANYA HOLLANDER

    Defendants.
-----------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, admitted to this District in 1994, hereby appears on behalf of the defendant, TAMEKA RACHELLE LEWIS.

                                     Marc Agnifilo, Esq.
                                     Brafman & Associates, P.C.
                                     767 Third Avenue
                                     New York, New York   10017
                                     Phone: (212) 750-7800
                                     Fax: (212) 750-3906
                                     E-Mail: Magnifilo@braflaw.com

Dated:   New York, New York
        March 11, 2008