🖐 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    *JUDGE SCHEINDLIN*

      -v-                              :    NOTICE OF INTENT
                                                               TO FILE AN INFORMATION

TEMEKA RACHELLE LEWIS,             :
    a/k/a "Rachelle,"                       08 Mag. 463
                                     :

                Defendant.
                                     :
- - - - - - - - - - - - - - - - - -x    **08 CRIM 433**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           April 29, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                      By: *[signature]*
                                DANIEL L. STEIN
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                    By: *[signature]*
                                MARC AGNIFILO, ESQ.
                                Attorney for Temeka Rachelle Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

4/30/08  WHEEL A