UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                          :
UNITED STATES OF AMERICA,
                          :
    - v -
                          :    WAIVER OF INDICTMENT
TEMEKA RACHELLE LEWIS
                          :    08 Cr.
        Defendant.     :
- - - - - - - - - - - - - - - - x

**08 CRIM 433**

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 371 and Title 18, United States Code, Section 1956(h), being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                           *Temeka R. Lewis*
                                           Defendant

                                           Witness

                                           Counsel for Defendant

Date:    New York, New York
         May 14, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2008

0202